# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# Nashville Division

| | |
|---|---|
| CAPITAL GRILLE HOLDINGS, INC., ) | Case No. 3:19-cv-00576 |
| ) | |
| Plaintiff, ) | Judge Eli J. Richardson |
| ) | |
| v. ) | Magistrate Judge Joe Brown |
| ) | |
| HISTORIC HOTELS OF NASHVILLE, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | **JURY TRIAL DEMANDED** |

## DEFENDANT'S MOTION TO DISMISS

Defendant Historic Hotels of Nashville, LLC ("Hermitage Hotel" or "the hotel") respectfully moves to dismiss the Complaint with prejudice. As set forth more fully in the contemporaneously filed Memorandum of Law, the Complaint must be dismissed for failing to state a claim upon which relief may be granted under Rule 12(b)(6) and for lack of subject-matter jurisdiction under Rule 12(b)(1). Plaintiff has not alleged with specificity what trademark the hotel has used or how the hotel used that mark. Plaintiff is attempting to assert federal trademark registrations that are junior to the Hermitage Hotel's senior common law rights. Plaintiff's claims are not ripe because Plaintiff is seeking anticipatory relief from supposed infringement that has gone unchallenged for a quarter of a century. As Defendant will show in its supporting memorandum, Plaintiff's Complaint must be dismissed.

Respectfully submitted,

/s/ Scott M. Douglass
Edward D. Lanquist, Jr. (TN BPR 13303)
Scott M. Douglass (TN BPR 31097)
Patterson Intellectual Property Law, P.C.
Suite 500, Roundabout Plaza

1

1600 Division Street
Nashville TN 37203
(615) 242-2400
edl@iplawgroup.com
smd@iplawgroup.com

Blakeley D. Matthews (TN BPR 12168)
Paige I. Bernick (TN BPR 30071)
Cornelius & Collins, LLP
Suite 1500, 511 Union Street
P. O. Box 190695
Nashville, TN 37219-0695
615-244-1440
bdmatthews@cclawtn.com
pbernick@cclawtn.com

*Attorneys for Defendant Historic Hotels of Nashville, LLC.*

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing DEFENDANT'S MOTION TO DISMISS was served via the Court's CM/ECF system, pursuant to LR5.02(c), on August 1, 2019, upon all counsel for Plaintiff, including:

Erin Palmer Polly
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue, South, Suite 1600
Nashville, TN 37201
erin.polly@butlersnow.com

Robert L. Lee
Holly Hawkins Saporito
Alston & Bird LLP
1201 W. Peachtree Street, Suite 4900
Atlanta, GA 30309
bob.lee@alston.com
holly.saporito@alston.com

Lauren Refinetti Timmons
Alston & Bird LLP
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
lauren.timmons@alston.com

/s/ Scott M. Douglass
Scott M. Douglass