IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAPITAL GRILLE HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HISTORIC HOTELS OF NASHVILLE, LLC, <br><br> Defendant. | CASE NUMBER 3:19-CV-576 <br><br> District Judge Eli J. Richardson <br> Magistrate Judge Jeffery Frensley |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by Plaintiff / Counter-Defendant Capital Grille Holdings, Inc. ("Plaintiff") and Defendant / Counter-Plaintiff Historic Hotels of Nashville, LLC ("Defendant") that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE. In addition, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), IT IS STIPULATED by Plaintiff and Defendant that Defendant's counterclaims against Plaintiff are DISMISSED WITH PREJUDICE. Finally, IT IS STIPULATED by Plaintiff and Defendant that all parties are to pay their own attorneys' fees, costs, and expenses.

Respectfully submitted,

/s/ *Erin Palmer Polly*
Erin Palmer Polly (#22221)
erin.polly@butlersnow.com
**BUTLER SNOW LLP**
The Pinnacle at Symphony Place
150 Third Avenue, South, Suite 1600
Nashville, TN 37201
(615) 651-6700

Robert L. Lee (PHV)
bob.lee@alston.com
Holly Hawkins Saporito (PHV)
holly.saporito@alston.com
Marcos Alvarez (PHV)
marcos.alvarez@alston.com
**ALSTON & BIRD LLP**
1201 W. Peachtree Street, Suite 4900
Atlanta, GA 30309
(404) 881-7000

Lauren Refinetti Timmons (PHV)
lauren.timmons@alston.com
**ALSTON & BIRD**
101 South Tryon Street, Suite 4000
Charlotte, NC 28280
(704) 444-1115

*Counsel for Capital Grille Holdings, Inc.*


/s/ *Edward D. Lanquist, Jr.*
Edward D. Lanquist, Jr. (#13303)
Scott M. Douglass (#31097)
Patterson Intellectual Property Law, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
edl@iplawgroup.com
smd@iplawgroup.com

Blakeley D. Matthews (#12168)
Paige I. Bernick (#30071)
Cornelius & Collins, LLP
Suite 1500, 511 Union Street
P.O. Box 190695
Nashville, TN 37219
bdmatthews@cclawtn.com
pbernick@cclawtn.com

*Counsel for Historic Hotels of Nashville, LLC*

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CAPITAL GRILLE HOLDINGS, INC.,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**HISTORIC HOTELS OF NASHVILLE, LLC,**<br><br>　　　　**Defendant.** | **CASE NUMBER 3:19-CV-576**<br><br>**District Judge Eli J. Richardson**<br>**Magistrate Judge Jeffery Frensley** |

## CERTIFICATE OF SERVICE

　　The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served via the Court's CM/ECF system, pursuant to L.R. 5.02(c), on June 17, 2020, to counsel of record for the Defendant as listed below:

Edward D. Lanquist, Jr. (#13303)
Scott M. Douglass (#31097)
PATTERSON INTELLECTUAL PROPERTY LAW, P.C.
1600 Division Street, Suite 500
Nashville, TN 37203
edl@iplawgroup.com
smd@iplawgroup.com

Blakeley D. Matthews (#12168)
Paige I. Bernick (#30071)
CORNELIUS & COLLINS, LLP
Suite 1500, 511 Union Street
P.O. Box 190695
Nashville, TN 37219
bdmatthews@cclawtn.com
pbernick@cclawtn.com

　　　　　　　　　　　　　　　　　　　　*/s/Erin Palmer Polly*
　　　　　　　　　　　　　　　　　　　　Erin Palmer Polly

53389915.v1